IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40511
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JORGE GARCIA, also known as Poncho,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:94-CR-25-1
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     Jorge Garcia appeals his sentence for money laundering and aiding and abetting money laundering because the district court refused to grant him an additional one-level decrease for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b)(2). We have reviewed the record and the decision of the district court and find no reversible error. Accordingly, we affirm the sentence for the reasons stated by the district court at sentencing.

     AFFIRMED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.